IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:30 pm, Jun 07, 2022
JEFFREY P. COLWELL, CLERK

Civil Action No. _____
(To be supplied by the court)

_____Joseph Espinoza_____, Plaintiff

v.

_____See Attached_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**Defendant(s)**

Gabriel Detone

Zach Moore

Melissa Leamon

Chirs Detone

Phil Long

Phil Long Ford of Chapel Hills

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Joseph Espinoza, 353 Pueblo Solano Rd. NW, Los Ranchos, N.M. 87107
(Name and complete mailing address)

505.288.4091    muddawglandpro@gmail.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Gabriel Detone 1565 Auto Mall Loop, Colorado Springs, CO 80920
(Name and complete mailing address)

719.359.1236
(Telephone number and e-mail address if known)

Defendant 2: Zach Moore 1565 Auto Mall Loop, Colorado Springs, CO 80920
(Name and complete mailing address)

719.426.2788
(Telephone number and e-mail address if known)

Defendant 3: Melissa Leamon 1565 Auto Mall Loop, Colorado Springs, CO 80920
(Name and complete mailing address)

719.572.2353   mleamon@phillong.com
(Telephone number and e-mail address if known)

Defendant 4: Chris Detone 1565 Auto Mall Loop, Colorado Springs, CO 80920
(Name and complete mailing address)

719.426.2789   cdetone@phillong.com
(Telephone number and e-mail address if known)

## B. Defendant(s) Information

Defendant 5: Phil Long   1565 Auto Mall Loop, Colorado Springs, CO 80920

719-426-2788

Defendant 6: Phil Long Ford Chapel Hills  1565 Auto Mall Loop, Colorado Springs, CO 80920

719-426-2788

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

☒ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __New Mexico__.

If Defendant 1 is an individual, Defendant 1 is a citizen of __United States of America__

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

If Defendant 2 is an individual, Defendant 2 is a citizen of <u>United States of America.</u>

If Defendant 3 is an individual, Defendant 3 is a citizen of <u>United States of America.</u>

If Defendant 4 is an individual, Defendant 4 is a citizen of <u>United States of America.</u>

If Defendant 5 is an individual, Defendant 5 is a citizen of <u>United States of America.</u>

If Defendant 6 is a corporation,

Defendant 6 is incorporated under the laws of <u>Colorado.</u>

Defendant 6 has its principal place of business in <u>Colorado.</u>

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Breach of Contract

Supporting facts:
See Attached

4

## D. Statement of Claim(s)

On Jan. 22, 2022, I purchased (See Exhibit A for purchase agreement) a Ford F350 truck from Long Phil Ford of Chapel Hills in Colorado Springs; Zach Moore handled the Finance, Gabriel Detone was the Salesman. I have no license plate on my Ford F350 due to their lack and carelessness in providing me documents and pay to file for my title and registration; My temp tag expired March 23, 2022. Around March 11th, I inquired with the dealership on the status of my title and registration. At that time, Melissa Leamon is the employee who handles the title documents, she had not started the process. However, I was assured it would be taken care of. Around the time my temp tag was about to expire I had to inquire, again, as I had not received anything or heard from the dealership. Again, they assured me the paperwork would be overnighted and I would be able to get my license plate. On April 21st I received a call from an employee that works at Hertz Rental saying he received important documents with my name on them; it was the title documents (See Exhibit B containing the FedEx package showing the address it was delivered to, the date it was delivered, and the tracking number). Melissa Leamon mailed my personal, highly confidential, information to a stranger. I went to pick up the documents and the employee of Hertz Rental didn't want to release the documents to me because Melissa Leamon, from the dealership, said my Driver's License address had to match my address on the purchase agreement. I eventually got the documents from Hertz Rental. Now that I finally had the documents, I asked my wife to take the documents to the MVD and have the F350 registered and so I can get my license plate. The MVD informed her that they couldn't register the truck because we were passed the 90-day time period to file the documents at the sales tax of 4% and the check mailed with the paperwork to be filed only covered the 4%; The tax would now be 6%. My wife called Melissa Leamon, who refused to help her and hung up on her 3 times. There was no one at the dealership that would help her: not Gabriel my Salesman, not Zach who did the financing, not Chris Detone the General Manager. Not one of these individuals answered her calls or called her or me back. Finally, after I made a complaint with Customer Relations Center of Ford, Zach who did my finance, called me and said he would have everything taken care of first thing in the morning (Tuesday, April 26th). I haven't heard from anyone. My wife and I have called Zach and the dealership multiple times, and the same lack of

## D. Statement of Claim(s) continued…

professionalism and courtesy have occurred; no one answers, and no one calls back. At this point, I'm risking my F350, a truck valued well over $70,000 (See Exhibit C), being repossessed if I get pulled over for my temp tags being expired and I have no registration. There's not one single person at the Phil Long Ford of Chapel Hills that cares or has made any attempt to resolve this issue. Because the Defendant's have breached our contract, I am suing the Defendant's in the amount of $75,000.00.

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I am requesting the court to grant me $75,000.00 to have this issue resolved. $75,000.00 will cover the cost of the truck (Ford F350), pay for title and registration, and pay for the time and cost to file this suit.

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

5/20/2022
(Date)

(Revised December 2017)

Exhibit A

# PURCHASE AGREEMENT

**Colorado Drives PHIL LONG** — Since 1945
phillong.com
1565 AUTO MALL LOOP
COLORADO SPRINGS, CO 80920
Phone: 719/572-2200

| NEW | X |
| USED | ☐ |

| DELIVERY DATE | STOCK NO | DEAL NO |
|---|---|---|
| 01/22/2022 | 552032 | 272824 |

| CUSTOMER NO | EMAIL |
|---|---|
| 181902 | MUDDAWGLANDP@GMAIL.COM |

**PURCHASER**

| Purchaser | Drivers License Number | State | Birth Date |
|---|---|---|---|
| JOSEPH J ESPINOZA | | | 03/02/1980 |
| Co-Purchaser | Drivers License Number | State | Birth Date |

| Address | Home Phone | Work Phone |
|---|---|---|
| 353 PUEBLO SOLANO | 505/288-4091 | |

| City | County | State | Zip | Cell Phone |
|---|---|---|---|---|
| LOS RANCHOS | BERNALILLO | NM | 87107 | 505/288-4091 |

THE UNDERSIGNED AGREES TO PURCHASE THE FOLLOWING DESCRIBED VEHICLE FROM THE DEALERSHIP UNDER THE TERMS AND CONDITIONS DESCRIBED HEREIN.

| YEAR | MAKE | MODEL | COLOR | STOCK NO |
|---|---|---|---|---|
| 2022 | FORD | F-350 | Z1 OXFORD WHITE | 552032 |

| VIN | ODOMETER READING | SALESPERSON |
|---|---|---|
| 1FT8W3BT0NED40799 | ☐ Not Accurate  15 | GABRIEL DETONE |

THE VEHICLE IS: ☐ CAR ☐ TRUCK
PRIOR USE DISCLOSURE: ☐ DEMONSTRATOR ☐ FACTORY OFFICIAL ☐ RENTAL ☐ OTHER

## TRADE-IN VEHICLE(S)

Year: Make: Model: Color:
VIN: Odometer Reading: ☐ Not Accurate  Balance Owed & Lienholder:
Trade-In Allowance (1): N/A

Year: Make: Model: Color:
VIN: Odometer Reading: ☐ Not Accurate  Balance Owed & Lienholder:
Trade-In Allowance (2): N/A

Purchaser acknowledges and agrees that the Balance Owed on the Trade In Vehicle(s) is an estimated amount. If the actual Balance Owed on the Trade In Vehicle(s) is greater than the estimated Balance Owed, Purchaser agrees to pay any additional amounts required to pay-off the lien within 48 hours of being notified by the Dealer.
X_____ N/A

Purchaser guarantees that the airbag(s) in the vehicle traded-in have not been deployed, tampered with or disconnected. If airbag(s) have been deployed, repair has been performed by an authorized dealer.
X_____ (Initial)

**DEPOSIT/PARTIAL PAYMENT:** Your Deposit/Down Payment is not refundable, except as set forth in Paragraphs 2, 7, and 8 on the reverse side of this Agreement. X

**DELIVERY AND HANDLING CHARGE:** This charge represents costs and additional profit to the Dealership.

**NEGATIVE EQUITY DISCLOSURE:** I am aware that the balance owed on my trade-in vehicle or my lease turn-in vehicle exceeds the trade-in allowance from the Dealership and, as a result, I have requested that the difference of $ N/A , known as "Negative Equity," be added to the amount to be financed in connection with this sale.
X

### WARRANTY STATEMENT

We are providing this Vehicle to you **AS IS**. We expressly disclaim all warranties, express and implied, including any implied warranties of merchantability and fitness for a particular purpose, in connection with the Vehicle and any products and services sold by the Dealership, unless the box beside "Used Vehicle Limited Warranty Applies" is marked below or we enter into a mechanical repair agreement with you at the time of, or within 60 days of, the date of this transaction. Any warranties by a manufacturer or supplier other than our Dealership are theirs, not ours, and only such manufacturer or supplier shall be liable for performance under such warranties. We neither assume nor authorize any other person to assume for us any liability in connection with the purchase of the Vehicle and sale of related goods and services. **CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY):** The information you see on the window form for the Vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Traducción española: Vea el dorso.

☐ Used Vehicle Limited Warranty Applies. We are providing the attached Used Vehicle Limited Warranty in connection with this transaction. Any implied warranties apply for the duration of the Limited Warranty.

Taxes. The price for the motor vehicle set forth on this Agreement includes reimbursement for federal excise taxes (if any), but does not include sales, use or any other taxes unless set forth. Purchaser represents that the address reflected on this Agreement and all other documents provided to the Dealership are true and correct in all respects and particularly with regard to any tax liabilities associated with such address. Purchaser assumes and agrees to pay, unless prohibited by law, all sales, use or other taxes, including state and local sales taxes, applicable to this transaction regardless of which party may have primary tax liability therefore. Any additional taxes owing are Purchaser's responsibility. Tax rate of 4.00 is based on the address and information provided by the purchaser and, if it is incorrect, any additional taxes are the purchasers responsibility.
X

### EMISSIONS INSPECTION DISCLOSURE

Pursuant to Colorado Law, Vehicles more than seven (7) model years old may need to pass an Emissions Inspection. Unless the box below is marked, this Vehicle has been inspected and you will receive a Certificate of Emissions Control at the time of delivery of the Vehicle.

☐ If this box is marked, we are providing you with a voucher to have an Emissions Inspection performed on this Vehicle. You have three (3) business days (beginning the day after you take possession of this Vehicle) to have the inspection performed and to return the Vehicle to us if it fails to pass the inspection. If you return the Vehicle to us, we may elect to either make or pay for all necessary repairs or return your payments to you.

PLEASE SEE THE DELIVERY CONFIRMATION
PLEASE SEE THE SALES CONTRACT DISCLOSURE STATEMENT
SEPARATE BINDING ARBITRATION AGREEMENT APPLIES. X_____ (Initial)

**THIS CONTRACT DOES NOT PROVIDE FOR AUTOMOBILE LIABILITY INSURANCE**

THIS CONTRACT DOES NOT PROVIDE FOR AUTOMOBILE LIABILITY INSURANCE, AND SAID BUYER ALSO STATES THAT HE OR SHE HAS/DOES NOT HAVE (strike words not applicable) IN EFFECT AN AUTOMOBILE LIABILITY POLICY AS DEFINED IN SECTION 42-7-103 (2), COLORADO REVISED STATUTES, ON THE MOTOR VEHICLE SOLD BY THIS CONTRACT.

| # | Item | Amount |
|---|---|---|
| 1. | Vehicle Delivered as Equipped | $ 58801.05 |
| 2. | + Added Accessories | $ N/A |
|   |   | $ N/A |
|   |   | $ N/A |
|   |   | $ N/A |
| 3. | Total of 1 & 2 | $ 58801.05 |
| 4. | + Delivery & Handling Charge* | $ 698.95 |
| 5. | Total Purchase Price | $ 59500.00 |
| 6. | – Trade-In Allowance | $ N/A |
|   | Trade-In Allowance | $ N/A |
|   | – Total Trade-In Allowance | $ N/A |
| 7. | Taxable Amount | $ 59500.00 |
| 8. | + Taxes: | |
|   | City Sales Tax % N/A | $ N/A |
|   | State Sales Tax % 4.00 | $ 2380.00 |
|   | County Sales Tax % N/A | $ N/A |
|   | RTD | $ N/A |
|   | Other _____ N/A | $ N/A |
|   | + Subtotal of Taxes | $ 2380.00 |
| 9. | + Trade-In Payoff | $ N/A |
|   | Lien Holder | |
|   | + Trade-in Payoff | $ N/A |
|   | Lien Holder | |
| 10. | Total Amount Due (Including Taxes) | $ 61880.00 |
| 11. | – Customer Cash Down | $ 21000.00 |
| 12. | Factory Rebates | $ N/A |
| 13. | – Sub-Total (Cash & Rebates) | $ 21000.00 |
| 14. | + Additional Benefits Purchased: (OPTIONAL) | |
|   | Extended Service Contract | $ N/A |
|   | Maintenance Plan | $ N/A |
|   | Credit Insurance | $ N/A |
|   | GAP Product | $ N/A |
|   | Secure Mark | $ N/A |
|   | Secure Road | $ N/A |
|   | Secure Windshield | $ N/A |
|   | Secure Ceramic Finish | $ N/A |
|   | Secure Buy | $ N/A |
|   | Other _____ | $ N/A |
|   | + Sub Total | $ N/A |
| 15. | Filing Fees | $ 27.20 |
| 16. | Amount Due | $ 40907.20 |

☐ Customer will pay cash or obtain financing directly from a lender source within _____ days from the date of this Retail Purchase Agreement. _____ (INITIAL)

☐ Dealer will assist Customer to obtain financing. Please see Paragraph E on the attached MOTOR VEHICLE SALES CONTRACT DISCLOSURES. _____ (INITIAL)

The front and back of this document and any documents which are part of this transaction or incorporated herein comprise the entire agreement affecting this Retail Purchase Agreement and no other agreement or understanding of any nature concerning the same has been made or entered into or will be recognized. I have read the terms and conditions that appear on the reverse side, and agree to them as if they were printed above my signature. I certify that I am at least 18 years old and hereby acknowledge receipt of a copy of this document and the FTC Buyers Guide (if a used vehicle) or the MSR sticker (if a new vehicle). THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE.

Purchaser _____
Purchaser N/A
DealerCAR

Accepted by Authorized Dealership Representative _____

42006*1*PL103-F1
CATALOG #0003362-CUSTOM

© 2015 CDK Global, LLC  Colorado (02/15)

Exhibit B











Exhibit C

T528530961-DP528531024 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC

## COLORADO VEHICLE RETAIL INSTALLMENT CONTRACT

DATE   01/22/2022

Buyer (and Co-Buyer) Name and Address (Including County and Zip Code)
JOSEPH ESPINOZA
353 PUEBLO SOLANO LOS RANCHOS
Albuquerque, NM 87107 BERNALILLO
N/A

SELLER/CREDITOR (Seller Name and Address)
PHIL LONG FORD OF CHAPEL HILLS, LLC
1565 AUTO MALL LOOP
COLORADO SPRINGS, CO 80920

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described in this contract for cash or on credit. The cash price is shown on Page 2 as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract.

| New/Used | Mileage | Year and Make | Model | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|---|
| New | 15 | 2022 Ford | Super Duty F-350 SRW | 1FT8W3BT0NED40799 | Personal use unless otherwise checked below ☐ Commercial ☐ Agricultural |

Trade-in ____N/A____   $ ____N/A____   $ ____N/A____
       Year and Make        Gross Allowance        Amount Owing

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid when you have made all scheduled payments | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 21,000.00 |
|---|---|---|---|---|
| 5.99 % | $ 8,355.80 | $ 40,907.20 | $ 49,263.00 | $ 70,263.00 |

1-800-727-7000
Ford Credit
www.ford.com/finance

Your Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments are Due Monthly unless otherwise checked ☐ Semi-Annually ☐ Annually |
|---|---|---|
| 75 | $ 656.84 | Starting: 03/08/2022 |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.
**Security Interest:** You are giving a security interest in the vehicle being purchased.
**Late Payment:** You must pay a late charge of $15.00 on each scheduled payment received more than 10 days late.
**Contract:** Please see this contract for additional information on security interest, nonpayment, default, the right to require repayment of your debt in full before the scheduled date, and prepayment penalty.

**COMMERCIAL USE CONTRACT LATE PAYMENT:** If you purchased the vehicle for commercial use, you must pay a late charge on the portion of each payment received more than 10 days late of 7.5 percent of the late amount or $50.00, whichever is less.

### BALLOON CONTRACT PROVISIONS

☐ Your last scheduled payment under this contract is a balloon payment.
**EXCESS WEAR, USE AND MILEAGE CHARGES**
If the box directly above is checked, this section, Paragraph B, and Paragraph C of this contract apply. You may be charged for excessive wear based upon our standards for normal use. If you exercise the option to transfer ownership of the vehicle to Creditor under Paragraph B, you must pay the Creditor $0. N/A  per mile for each mile in excess of  N/A  miles shown on the odometer.

The Annual Percentage Rate may be negotiated with the Seller. The Seller may assign this contract and may retain its right to receive a portion of the Finance Charge.

e-17605-SI e-17605-B-SI (FEB 19)   Page 1 of 8

T528530961-DP528531024 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 01/22/2022 06:29:30 PM GMT